IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRIGITTA D. ARNOLD, et al.,

   Plaintiffs,

   v.

NATIONSTAR MORTGAGE, LLC,

   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-3224-TWT

**ORDER**

This is a pro se foreclosure action. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 3]. The Plaintiffs' Objections consist largely of abstract principles of law. For all of the reasons set forth in the Report and Recommendation, the Complaint fails to state a plausible claim for relief. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 3] is GRANTED.

SO ORDERED, this 30 day of November, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\Arnold\17cv3224\r&r.wpd